# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| EDDIE LAREECE PITTMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:11-cv-00258-NT ) |
| RONALD MANSON CARIGNAN, | ) ) |
| Defendant, | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 15, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on November 1, 2012 and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. It is further ORDERED that all federal claims are DISMISSED WITH PREJUDICE and all state law claims are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 8th day of November, 2012.